WO

FILED \_\_\_ LODGED
\_\_\_ RECEIVED \_\_\_ COPY

FEB 0 9 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Norman Stewart,<br><br>    Defendant. | CR 05-453-1-PCT-MHM<br><br><br><br>**<u>ORDER</u>** |

    A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on February 7, 2007.

    **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

    **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

    **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

    DATED this 9th day of February, 2007.

                                                          Lawrence O. Anderson<br>
                                                          United States Magistrate Judge